MIED (Rev. 8/07) Notice of Correction

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Ernest Davis,

          Plaintiff(s),           Case No. 11-11569

v.           Judge Sean F. Cox

Steve Rivard,           Magistrate Judge Charles E. Binder

          Defendant(s).
_____/

**NOTICE OF CORRECTION**

Docket entry number __11__, filed __8/11/2011__, has been modified. The explanation for the correction is stated below.

- [ ] The docket entry was made on the wrong case.
- [ ] The corresponding document image was missing or incomplete.
- [✓] The wrong document image was associated.
- [ ] The wrong judicial officer was listed on the case docket.
- [ ] The filer information was inaccurate or omitted from the docket text.
- [ ] The judicial officer information was inaccurate or omitted from the docket text.
- [ ] The docket text was changed to include the Partial Payment Order.
- [ ] Other:

If you need further clarification or assistance, please contact __Jennifer Hernandez__ at __(313) 234-2653__.

DAVID J. WEAVER, CLERK OF COURT

Dated: August 12, 2011

s/ Jennifer Hernandez
Deputy Clerk